```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

SONJA CAFFEY,                          :
                                       :
    Plaintiff,                         :
                                       :
vs.                                    :   CIVIL ACTION 12-0400-WS-M
                                       :
CHRIS WILKERSON,                       :
                                       :
    Defendant.                         :

<u>ORDER</u>

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 4th day of October, 2013.

                                               <u>s/WILLIAM H. STEELE</u>
                                               CHIEF UNITED STATES DISTRICT JUDGE