IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SONJA CAFFEY, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 12-0400-WS-M |
| CHRIS WILKERSON, | : |
| Defendant. | : |

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 4th day of October, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE