```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

```
SONJA CAFFEY,                          :
                                       :
    Plaintiff,                         :
                                       :
vs.                                    :   CIVIL ACTION 12-0400-WS-M
                                       :
CHRIS WILKERSON,                       :
                                       :
    Defendant.                         :
```

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that judgment be entered in favor of the Defendant Chris Wilkerson and against Plaintiff Sonja Caffey.

DONE this 4th day of October, 2013.

                            s/WILLIAM H. STEELE
                            CHIEF UNITED STATES DISTRICT JUDGE